Order Filed on 8/27/2014
by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF Trenton

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esq.
1949 Berlin Road, Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for WRCC, L.L.C.

In Re:

ANTHONY LOUIS BIANCHI, SR.

Debtor(s)

Case No.: 14-22054-MBK

Hearing Date: 8/~~26~~ 25/14 at 9:00 a.m.

Judge: Hon. Michael B. Kaplan

# ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 8/27/2014**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor(s): ANTHONY LOUIS BIANCHI, SR.
Case No: 14-22054-MBK
Caption: Order Granting Relief from the Automatic Stay

---

Upon consideration of Movant's motion for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby ORDERED that

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant, its heirs or assigns, to institute or resume and prosecute to conclusion, one or more action(s) in the court(s) of appropriate jurisdiction to obtain possession of the property upon land and premises commonly known as 32 and 34 Birch Street, in the Township of Old Bridge, Middlesex County, New Jersey, which land is identified by the lot and block number on the official tax map of said municipality as Block 18093, Lot 56;

2. The movant may join the debtor and any trustee appointed in this case as defendants in its action(s) on the property described in paragraph one above;

3. The movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the motion unless served via ECF.

END OF ORDER

*Approved by Judge Michael Kaplan  August  27, 2014*