UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Rothbard, Rothbard, Kohn & Kellar
50 Park Place, Suite 1228
Newark, New Jersey 07102
(973) 622-7713
Attorneys for Debtor
JONATHAN KOHN-3014

Order Filed on January 7, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY LOUIS BIANCHI SR.

Debtor.

Case No.: 14-22054-MBK

Hearing Date: 12/29/2014 at 10:00 a.m.

Judge: KAPLAN

# ORDER REOPENING CHAPTER 7 CASE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: January 7, 2015**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Re:   Anthony Louis Bianchi Sr.
      14-22054-MBK

**Order Reopening Chapter 7 Case**

     **THIS MATTER,** having been opened to the Court on Motion of Anthony Bianchi, the Debtor, by his attorneys , Rothbard, Rothbard, Kohn & Kellar, for an Order reopening the case for an order accepting as timely filed a Certificate of Completion of Instructional Course concerning financial management as required by 11 U.S.C. Section 111 and Rule 1007(b)(7) Fed. R. Bankr. P. and to obtain a discharge and for cause shown,

     **IT IS ORDERED** that the case is reopened and debtor's Certificate of Completion of a Course in Financial Management filed on September 30, 2014 shall be treated *nunc pro Tunc* as timely filed, and it is

     **FURTHER ORDERED** that debtor is entitled to a discharge pursuant to 11 U.S.C. Section 727.